IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JEFF OSWALT and TAYLOR OSWALT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 5:23-CV-206-C |

### ORDER

The Court notes that the Parties have reached a settlement of all matters in controversy and have filed a Notice of Settlement on June 24, 2024.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents on or before 30 days from the date of this Order.

SO ORDERED.

Dated this 25h day of June, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE