IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JEFF OSWALT and TAYLOR OSWALT, | ) |
| Plaintiffs, | ) |
| v. | ) |
| GREAT LAKES INSURANCE SE, | ) |
| Defendant. | ) Civil Action No. 5:23-CV-206-C |

# ORDER

The Court notes that the Parties filed a Joint Stipulation of Dismissal on July 16, 2024. As such, ALL claims asserted in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear their own costs.

SO ORDERED.

Dated this 17th day of July, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE